

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00390-CV

IN RE S.B., Relator

§ Original Proceeding

§ 367th District Court of Denton County, Texas

§ Trial Court No. 20-7148-367

§ November 22, 2023

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted and the stay released. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its September 27, 2023 Order for Intensive Reunification Counseling and amend its September 27, 2023 Order Holding Respondent in Contempt and Suspending Commitment to remove any provision requiring compliance with the Counseling Order. Our writ will issue only if the trial court fails to comply.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr